390 P.2d 668

**Jose D. GALLEGOS, Petitioner,**

v.

**The STATE of New Mexico, Respondent.**

**No. 56 HC.**

Supreme Court of New Mexico.

April 6, 1964.

COMPTON, Chief Justice, and CARMO-DY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that free process be and the same is hereby granted, and the petition for writ of habeas corpus be and the same is hereby denied for failure of petitioner to exhaust available District Court remedies.